FILED JUL -7 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED JUL -7 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 Fax (323) 937-4503
e-mail: BCC4929@gmail.com
Linkedin Profile: http://www.linkedin.com/in/baruchcohen

*Attorneys for Baruch C. Cohen & Law Office of Baruch C. Cohen, APLC*

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re

JOEL HOWARD FRIEDMAN, dba COMEDY
SOLUTIONS, SHARON ELLEN BURTMAN

Debtors.

Case No. 8:10-bk-15491-RK
Before the Honorable Robert N. Kwan

Chapter 7

[PROPOSED] ORDER FOR *DENYING* EXAMINATION AND PRODUCTION OF DOCUMENTS BY DEBTORS JOEL HOWARD FRIEDMAN, dba COMEDY SOLUTIONS, SHARON ELLEN BURTMAN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL BANKRUPTCY RULE 2004-1

*[Notice of Entry of Judgment or Order And Certificate of Mailing attached]*

**DOCUMENT PRODUCTION**
DATE: July 26, 2010
TIME: 9:00 a.m.
PLACE: Law Office of Baruch C. Cohen
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010

**2004 EXAMINATION**
DATE: July 27, 2010
TIME: 9:00 a.m.
PLACE: Law Office of Baruch C. Cohen
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010

F:\DOCS\555-MARIN-VISTA\2004 ORDER.wpd    1

1  The Court having reviewed the Motion of Creditors *Baruch C. Cohen & Law Office of Baruch C. Cohen, APLC* requiring Joel Howard Friedman, dba Comedy Solutions, Sharon Ellen Burtman (the "Debtors") to Appear at Examination and to Produce Certain Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1 (the "2004 Motion"), and good cause appearing therefore,

[handwritten: No] 

IT IS HEREBY ORDERED as follows:

1. The 2004 Motion is ~~GRANTED~~ [handwritten: Denied].

[handwritten: No Showing of Compliance with Local Bankruptcy Rule 2004-1 (a) and (b) and Rule 2004(e) of Federal Rules of Bankruptcy Procedure]

2. Joel Howard Friedman, dba Comedy Solutions, Sharon Ellen Burtman (the "Debtors") shall appear for examination in connection with the above-captioned bankruptcy case on July 27, 2010, commencing at 9:00 a.m. (the "Examination");

3. The Examination shall be conducted at the Law Office of Baruch C. Cohen, 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010; [handwritten: No]

4. The Examination shall continue from day to day thereafter, Saturdays, Sundays, and holidays excluded, until completed. The Debtor shall testify as to all matters allowed pursuant to Federal Rule of Bankruptcy Procedure 2004(b);

5. The Examination shall be taken and proceed under the guidelines of Rule 30(d)(1) of the Federal Rules of Civil Procedure, as amended, and Federal Rule of Bankruptcy Procedure 7030, before a notary public or other person authorized to administer oaths; and

6. The Debtors shall produce for inspection and copying the documents set forth in the attached Exhibit "1" at the Examination.

[items 2-6 crossed out with large X]

IT IS SO ORDERED

DATED: 7/7/10

[signature]

THE HONORABLE ROBERT N. KWAN
UNITED STATES BANKRUPTCY COURT

F:\DOCS\555-MARIN-VISTA\2004 ORDER.wpd    2

## DOCUMENT DEMANDS - EXHIBIT 1
### DOCUMENTS TO BE PRODUCED

1. All DOCUMENTS relating to any and all bank accounts that YOU have or have had in the past four (4) years, including but not limited to, all bank statements for the past twenty-four (24) months prior to your bankruptcy filing.

2. All DOCUMENTS relating to any and all certificate of deposit accounts that YOU have or have had in the past four (4) years, including but not limited to, all bank statements for the past twenty-four (24) months prior to your bankruptcy filing.

3. All DOCUMENTS relating to any and all real property that YOU have had an ownership interest in the past four (4) years.

4. All DOCUMENTS relating to and all debts owed to YOU from any person or entity.

5. All DOCUMENTS relating to East Silverleaf Property in the past four (4) years.

6. All DOCUMENTS relating to Marblehead Property in the past four (4) years.

7. All DOCUMENTS relating to any Federal government notice that you received regarding East Silverleaf Property in the past four (4) years.

8. All DOCUMENTS relating to any State government notice that you received regarding East Silverleaf Property in the past four (4) years.

9. All DOCUMENTS relating to any County government notice that you received regarding East Silverleaf Property in the past four (4) years.

10. All DOCUMENTS relating to any Child Protective Services government notice that you received regarding East Silverleaf Property in the past four (4) years.

11. All DOCUMENTS relating to any source of your employment income for the past four (4) years.

12. All DOCUMENTS relating to any and all loan applications that you have completed in the last four (4) years.

13. All DOCUMENTS relating to any and all financial statement(s) of any kind that you have provided to any person or entity in the last four (4) years.

14. All DOCUMENTS relating to any and all investment and/or brokerage accounts that YOU have had in the past four (4) years, including any and all statements from said accounts within the past twenty-four (24) months.

15. All DOCUMENTS relating to any and all stock ownership in any and all entities that YOU have had in an interest in during the past four (4) years, including any and all stock certificates.

16. All DOCUMENTS relating to any and all ownership of bonds or any other debt instrument(s) that YOU have had in the past four (4) years, including any and all statements from any and all accounts that hold said bonds and/or instruments.

17. All DOCUMENTS relating to any and all pension and/or profit sharing plan that you have had in the past four (4) years, including, but not limited to Individual Retirement Accounts and/or KEOGH plan(s).

18. All DOCUMENTS, including, but not limited to, loan and/or credit application(s) in connection with the debts that you have listed in YOUR BANKRUPTCY SCHEDULES.

19. All DOCUMENTS relating to any will, trust and/or testamentary device to which YOU are a beneficiary, trustee, trustor, and/or settlor.

20. All DOCUMENTS relating to Cohen.

21. All DOCUMENTS relating to the Pliego Lawsuit.

22. All DOCUMENTS relating to the Cohen Lawsuit.

F:\DOCS\555-MARIN-VISTA\2004 ORDER.wpd           4

| In re: JOEL HOWARD FRIEDMAN, dba COMEDY SOLUTIONS, SHARON ELLEN BURTMAN | CHAPTER 7<br>CASE NUMBER 8:10-bk-15491-RK |
|---|---|

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **[Proposed] Order for Examination and Production of Documents by Debtors Joel Howard Friedman, dba Comedy Solutions, Sharon Ellen Burtman Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 2, 2010July 2, 2010July 2, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Diane L Mancinelli, Esq., diane@mentislaw.com

Trustee Karen S Naylor, knaylor@Burd-Naylor.com

U.S. Trustee ustpregion16.sa.ecf@usdoj.gov

Janette S. Bodenstein, Esq., jbodenstein@nemecek-cole.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Diane L Mancinelli 14751 Plaza Dr Ste J Tustin, CA 92780

Trustee Karen S Naylor P.O. Box 504 Santa Ana, CA 92702-0504

U.S. Trustee 411 W Fourth St., Suite 9041 Santa Ana, CA 92701-4593

Janette S. Bodenstein, Esq., Nemecek & Cole, 15260 Ventura Boulevard, Suite 920, Sherman Oaks, CA 91403-5344

Sharon Ellen Burtman, Debtor Joel Howard Friedman, 3 Lehman Road Marblehead, MA 01945

F:\DOCS\555-MARIN-VISTA\2004 ORDER.wpd          5